ACCEPTED
06-15-00009-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/10/2015 2:11:04 PM
DEBBIE AUTREY
CLERK

## FOR THE SIXTH COURT OF APPEALS
## AT TEXARKANA, TEXAS

**CHRISTIAN SIBLEY**
    **Appellant**

§

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/10/2015 2:11:04 PM
DEBBIE AUTREY
Clerk

V.

§  CASE NO. 06-15-00009-CR

TRIAL COURT NO. 2013-2143

THE STATE OF TEXAS
    Appellee

§

### SECOND MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, CHRISTIAN SIBLEY, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

#### I.

The Appellant in this cause was convicted in County Court at Law One, Gregg County, Texas in cause number 2013-2143 for the offense of Escape from Custody.  On October 20, 2014, punishment was assessed at three hundred thirty (330) days in the County Jail.

#### II.

The Reporter's record was filed on February 9, 2015. The Appellant's Brief is due on or about April 10, 2015.

#### III.

The Appellant hereby requests an extension of time to file Appellant's Brief.

The undersigned counsel has been unable to devote sufficient time to the review of the record, research and preparation of Appellant's Brief for the following good and sufficient reasons:

1. Defense Counsel has been involved in a very busy trial and appellate schedule in both state and federal courts.

2. Counsel underwent surgery in Boston Massachusetts and is still under a doctor's care.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief for an additional thirty (30) days, to Monday, May 11, 2015.

RESPECTFULLY SUBMITTED,

__/s/ Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of

the above and foregoing document was this date provided to the Attorney for the State.

Date: 04-10-15

__/s/ Clement Dunn_____
Attorney for Appellant

**FOR THE SIXTH COURT OF APPEALS**
**AT TEXARKANA, TEXAS**

| | | |
|---|---|---|
| **CHRISTIAN SIBLEY**<br>     **Appellant** | § | |
| | | |
| V. | § | CASE NO. 06-15-00009-CR<br>TRIAL COURT NO. 2013-2143 |
| | | |
| THE STATE OF TEXAS<br>     Appellee | § | |

**ORDER**

BE IT REMEMBERED, that on the _____ day of _____, 2015, came

on to be considered the above and foregoing Second Motion for Extension of Time to File

Appellant's Brief.  After consideration of the same, it is the opinion of the Court that Appellant's

Motion be:

( )     GRANTED, and the present cause is hereby extended until _____,

2015.

( )     DENIED, to which ruling the Appellant excepts.

( )     SET FOR HEARING ON THE _____ day of _____, 2015, at

_____ o'clock_____.

SIGNED:

_____
JUDGE PRESIDING